UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

DENNIS MAURER, Individually,

    Plaintiff,

vs.

                                          Case No.: 3:17-cv-04527-PGS-LHG

RADEPA ENTERPRISES, L.L.C., a New
Jersey Limited Liability Company,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

Date: **February 4, 2019**

/s/Spencer B. Robbins
Spencer B. Robbins, Esq.
Robbins & Robbins, LLP
568 Amboy Avenue
Woodbridge, NJ 07095
Telephone: (732) 636-1600
Facsimile: (732) 636-2171
lawoffices@robbinsandrobbinsllp.com
*Attorneys for Defendant*

SO ORDERED: [signature]
DATED: 2/4/19

Date: **February 4, 2019**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

DENNIS MAURER, Individually,

    Plaintiff,

vs.                                  Case No.: 3:17-cv-04527-PGS-LHG

RADEPA ENTERPRISES, L.L.C., a New
Jersey Limited Liability Company,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at _____, _____, this _____ day of _____, 2019.

                                                                                      _____
                                                                                      Peter G. Sheridan, U.S.D.J.

cc: Attorneys of record